Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  1945 Route 23 Associates, Inc. and XYZ
Properties, Inc.
Debtor

Case No.: 06–17474–NLW
Chapter 11

Plaza 23 Associates, a Joint Venture
Plaintiff

v.

R & S Liquidating Company, Inc.
Defendant

Adv. Proc. No. 07–01207–NLW                                Judge: Novalyn L. Winfield

### NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on October 1, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 23 – 1
Opinion Filed: (related document:[1] Complaint, , filed by Plaintiff Plaza 23 Associates, a Joint Venture, Defendant R & S Liquidating Company, Inc., Defendant Roth–Schlenger, Inc.,, Defendant Schottenstein Stores Corporation, Defendant Jerome Schottenstein, Defendant Donald S. Schlenger, Defendant Plains Plaza, Defendant Estate of Lillian A. Epstein, Defendant Lewis Epstein, Defendant Ward White U.S.A. Holding, Inc.,, Defendant R & S Parts and Service, Inc.,, Defendant SBCG Strauss, LLC, Defendant John Does, Defendant Jane Does).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 10/1/2008 (dlr, )

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 1, 2008
JJW: dlr

                                                                                      James J. Waldron
                                                                                       Clerk